UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/2/2022__
```

BENJAMIN SAMUEL RICH, *formerly known as Samuel Guillaume*,

            Plaintiff,

-against-

STATE OF NEW YORK, NEW YORK CITY; NEW YORK CITY POLICE DEPARTMENT; NEW YORK COUNTY; NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE; DETECTIVE MICHAEL MILLER, VINCENT CORRANDO, JOHN PASSEMENTI, CYRUS VANCE, JR., SHIPLA KALRA, DAVID NASAR, and DOES 1–100, Inclusive.,

            Defendants.

21 Civ. 3835 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' filings at ECF Nos. 52 and 53. Plaintiff has updated his address. *See* ECF No. 53. Accordingly, by **May 6, 2022**, Defendants shall resend their letter at ECF No. 51 to the new address provided in ECF No. 53. Further, the Court, *sua sponte*, shall extend the deadline for Plaintiff to amend his complaint to **June 3, 2022**.

    SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge