UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENAJMIN RICH                                       :
                                                    :       ORDER
                          Plaintiffs,               :
                                                    :       21 Civ. 3835 (AT) (GWG)
     -v.-                                           :
                                                    :
STATE OF NEW YORK et al.,                           :
                                                    :
                          Defendants.               :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Defendants Shipla Kalra, David Nasar, New York County District Attorney's Office, and Cyrus Vance, Jr. have filed a motion to dismiss that relies on materials outside the pleadings. It is the Court's intention to treat this motion as one for summary judgment as explained in the separate Local Civil Rule 12.1 Notice that was served on the plaintiff. If plaintiff seeks to contradict any facts asserted in that motion, including the facts stated in the Declaration of Corey S. Shoock, dated June 17, 2022, with attachments, he is directed to provide sworn statements or other testimony contradicting those facts or make an application pursuant to Fed. R. Civ. P. 56(d), as is more fully explained in the Local Civil Rule 12.1 Notice.

    Plaintiff's opposition papers are due on July 18, 2022. Any reply may be filed by August 1, 2022.

    SO ORDERED.

Dated: June 22, 2022
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge