```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/4/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN SAMUEL RICH fka SAMUEL GUILLAUME,

           Plaintiff,

-against-

DETECTIVE MICHAEL MILLER and DETECTIVE VINCENT CORRANDO,

           Defendants.

21 Civ. 3835 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 86, of the Honorable Gabriel W. Gorenstein, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion to strike is DENIED.

    The Clerk of Court is directed to terminate the motion at ECF Nos. 73–74 and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: October 4, 2022
      New York, New York

                                              ANALISA TORRES
                                           United States District Judge