UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENJAMIN SAMUEL RICH, *formerly known as* SAMUEL GUILLAUME,

        Plaintiff,

   -against-

STATE OF NEW YORK, et al.,

        Defendants.
-------------------------------------------------------------X

ORDER

21 Civ. 3835 (AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The application to adjourn the hearing on the question of the circumstances of the signing of the release (Docket # 111) and in connection with defendants' motion for summary judgment is granted.  The hearing shall take place on <u>Friday, May 19, 2023, at 10:00 a.m.</u>

    The telephonic hearing line may be reached by dialing (888) 557-8511 and using access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

    The Court will make the arrangements with the facility for plaintiff to dial in to the conference at that time.

    SO ORDERED.

Dated: May 8, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge