UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENJAMIN SAMUEL RICH, *formerly known* :
*as* SAMUEL GUILLAUME,

                        Plaintiff,                        ORDER

   -against-                                 21 Civ. 3835 (AT) (GWG)

STATE OF NEW YORK, et al.,

                        Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Clerk of the Court is directed to vacate plaintiff Benjamin Samuel Rich's consent to receive electronic service, dated September 7, 2021 (Docket # 42). The Clerk shall delete the email address currently listed on the docket for plaintiff. The Clerk shall replace the current address listed on the docket sheet with the following two addresses for plaintiff:

Benjamin Samuel Rich
Inmate Number QP2307
c/o Smart Communications/PADOC
SCI Coal Township
P.O. Box 33028
St. Petersburg, FL 33733

Benjamin Samuel Rich
Inmate No. QP2307
2500 Lisburn Road
PO Box 8837
Camp Hill, PA 17001

      The Clerk is requested to mail any future orders in this case (including this one) to both addresses.

      SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge