UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENJAMIN SAMUEL RICH, *formerly known as* SAMUEL GUILLAUME,

        Plaintiff,

  -against-

STATE OF NEW YORK, et al.,

        Defendants.
-------------------------------------------------------------X

<u>ORDER</u>

21 Civ. 3835 (AT) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    At a telephone conference held today, plaintiff requested that, notwithstanding his current incarceration, all mailings and service of papers be made to the following address:

Benjamin Samuel Rich
Unit # 2
159-161 Clifford Street
Newark, NJ 07105

    Accordingly, the Clerk is directed to change the docket sheet to reflect the above address for plaintiff.

    On a separate point, the pending motion for summary judgment (Docket # 95) is deemed withdrawn. Defendants have leave to file a new motion for summary judgment on or before June 19, 2023.

    SO ORDERED.

Dated: May 19, 2023
       New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge