UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BENJAMIN SAMUEL RICH, *formerly known* : 
*as* SAMUEL GUILLAUME,
                                                    :
            Plaintiff,                                        ORDER
                                                    :
   -against-                                        21 Civ. 3835 (AT) (GWG)
                                                    :
STATE OF NEW YORK, et al.,
                                                    :
            Defendants.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In light of the conclusion reached by the Court in its Report and Recommendation dated December 5, 2023, the stay of discovery is hereby vacated. The parties are directed to file with the Court their proposals as to a discovery schedule in this matter. The proposals shall be filed by January 4, 2023, and may include such matters as:

1.     A deadline by which all documents requests and initial interrogatories must be served.

2.     If the party intends to engage an expert witness, the type of expert it will engage and the deadline for the disclosures of the identities and reports of experts, if any, as required by Rule 26(a)(2)(A) and (B).

3.     A date by which all discovery must be completed.

The parties are free to include additional elements in the schedule if they wish. If the parties wish the Court to arrange for a mediation or if a telephone conference is needed for any purpose, they may so request in the discovery schedule.

      Finally, the Court notes that each party must immediately inform the Court of any change in that party's address or telephone number in the future. If a party fails to do so, the case may be dismissed or a default entered.

      Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

SO ORDERED.

Dated: December 5, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge