## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
BENJAMIN SAMUEL RICH fka
SAMUEL GUILLAUME,

                         Plaintiff,                             21 **CIVIL** 3835 (AT)

        -against-                                         **JUDGMENT**

DETECTIVE MICHAEL MILLER,
DETECTIVE VINCENT CORRANDO.

                        Defendants.
---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2025, judgment is entered for the Defendants, and the case is closed.

**Dated:**  New York, New York

      May 15, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                  **BY:**

                                                           **Deputy Clerk**