UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN SAMUEL RICH fka
SAMUEL GUILLAUME,

            Plaintiff,

    -against-

DETECTIVE MICHAEL MILLER,
DETECTIVE VINCENT CORRANDO,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/2/2025___

21 Civ. 3835 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By motion dated May 20, 2025, Plaintiff seeks leave to appeal *in forma pauperis*. ECF No. 178. Under Federal Rule of Appellate Procedure 24(a)(3), a party who was permitted to proceed *in forma pauperis* before a district court may generally proceed on appeal *in forma pauperis* without further authorization. Because Plaintiff was allowed to proceed *in forma pauperis* before this Court, ECF No. 139, he may similarly proceed *in forma pauperis* before the Second Circuit without further application to the Court. Accordingly, Plaintiff's motion is DENIED AS MOOT.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 178.

    SO ORDERED.

Dated: June 2, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge